■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT CASERTA, Appellant.— Order unanimously affirmed.  No opinion.  Concur — Peck, P. J., Botein, Rabin, McNally and Bastow, JJ.

■   FREDERICK GERSTEL, Respondent-Appellant, v. WORKMEN'S BENEFIT FUND OF THE UNITED STATES OF AMERICA, Appellant, and ADOLF MARGOE, as President of Specialist Service Workmen's Benefit Fund, Metropolitan Area, Respondent.— The interlocutory judgment appealed from is modified to dis· miss the complaint against the defendant Workmen's Benefit Fund of the United States of America, and as so modified the judgment is unanimously affirmed.  Any cause of action plaintiff may have is at law for breach of contract and not in equity for breach of trust.  The fund in question was not a trust fund in which plaintiff had a beneficial interest.  Settle order on notice. Concur — Peck, P. J., Botein, Rabin, McNally and Bastow, JJ.  [5 Misc 2d 1012.]

■   EXCELSIOR OIL CORPORATION, Appellant, v. CITY OF NEW YORK et al., Respondents.— Judgment and order unanimously affirmed.  Irrespective of whether the plaintiff's receipts from the sale of fuel oil or from the installation of heating systems within the city of New York are subject to tax, it is clear that the regular and continuous servicing of oil heating systems pursuant to annual contracts constituted a local activity subject to the gross receipts tax imposed by the city.  Consequently plaintiff was relegated to its administrative remedies and cannot establish a cause of action for declaratory judgment.  Concur — Peck, P. J., Botein, Rabin and Bastow, JJ.

■   BETTY L. MUELLER, an Infant, by Her Guardian ad Litem, OSCAR MUELLER, Respondent, et al., Plaintiff, v. JUDA TEICHNER, Doing Business as BRONX SIPHON SUPPLY COMPANY, Appellant, et al., Defendants.— Order and judgment unanimously affirmed, with costs to respondent.  No opinion.  Concur — Peck, P. J., Botein, Rabin, McNally and Bastow, JJ.

■   In the Matter of the Arbitration between JOSEPH F. EGAN, INC., Appellant, and LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES of the PLUMBING and PIPEFITTING INDUSTRY of the UNITED STATES AND CANADA, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent.  No opinion.  Concur — Peck, P. J., Botein, Rabin, McNally and Bastow, JJ.

■   In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under Indenture of OLIVER H. PAYNE, Respondent. SIDNEY W. DAVIDSON et al., as Executors and Trustees under the Will of WILLIAM BINGHAM, 2D, Deceased, et al., Appellants; HARRY P. BINGHAM, JR. et al., Respondents.— Sufficient data having been presented to the court in the stipulation of counsel and the annexed exhibits, the court could have disposed of the entire case without a reference.  We believe that the shares with respect to which the court has ordered a reference should be allocated in accordance with the formula of the trustee (or should be allocated to principal). Accordingly, the order is modified by eliminating the· reference and remitting to Special Term to allocate the shares in accordance with the formula of the trustee.  In all other respects the order is affirmed, with costs payable out of the estate.  Settle order on notice.  Concur — Peck, P. J., Botein, Rabin, McNally and Bastow, JJ.